ROGER P. CROTEAU, ESQ
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteau@croteaulaw.com
Attorneys for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Jeffrey Scott Cohen

                                    Debtor(s).

Bankruptcy Case No.: 18-12127-ABL
Chapter 7

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (Specify reason for amendment):
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☒ Schedule A/B – Real/Personal Property
- ☒ Schedule C – Property Claimed as Exempt
- ☐ Schedule D, E, F and/or Matrix, and/or List of Creditor or Equity Holders
  - ☒ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required
  - ☐ Add/change address of already listed creditor – No Fee
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☒ Schedule H – Co-Debtors
- ☐ Schedule I – Current Income of Individual Debtor(s)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☒ Statement of Financial Affairs and/or Declaration
- ☒ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other:

### Declaration of the Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 5-16-2018

_____
Debtor

_____
Joint Debtor

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jeffrey Scott Cohen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 18-12127 |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:**    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Mercedes Benz** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **CLK350** | ■ Debtor 1 only | |
| | Year: | **2006** | ☐ Debtor 2 only | |
| | Approximate mileage: | **131000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 268 Lakeshore Road #427, Boulder City NV 89005 | | ☐ Check if this is community property (see instructions) | $2,435.00     $2,435.00 |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................=>  $2,435.00

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Jeffrey Scott Cohen**                                    Case number *(if known)*    **18-12127**

■ Yes. Describe.....

| | |
|---|---|
| **Household Goods & Furnishings**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005** | $2,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Household Electronics**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005** | $1,800.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Paintings**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005** | $350.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Ruger 1911 45ACP**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005** | $400.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Clothing**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005** | $1,200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Watch, ring**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005** | $200.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

Debtor 1    **Jeffrey Scott Cohen**                                          Case number *(if known)*    **18-12127**

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☒ Yes.  Give specific information.....

| | |
|---|---|
| **Household Health Aids**<br>Location: 268 Lakeshore Road #427, Boulder City NV 89005 | $300.00 |

| | |
|---|---|
| **Household Tools**<br>Location: 1303 Darlene Way #302C, Boulder City NV 89005 | $600.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................

| |
|---|
| $6,850.00 |

**Part 4:**  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☒ No
    ☐ Yes..............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes........................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | Navy Federal Credit Union #1760 | $1,120.76 |
| 17.2. | **Savings** | Navy Federal Credit Union #5698 | $55.26 |
| 17.3. | **Savings** | Navy Federal #6722 | $5.00 |
| 17.4. | **Savings** | Boulder Dam Credit Union #6003 | $5.01 |
| 17.5. | **Savings** | Boulder Dam Credit Union #1001 | $5.00 |
| 17.6. | **Checking** | Boulder Dam Credit Union #1001 | $6.20 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes.  Give specific information about them...................

| Debtor 1 | **Jeffrey Scott Cohen** | | Case number *(if known)* | **18-12127** |

Name of entity:                                   % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
Type of account:              Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................              Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2017 Tax Refund | **Federal** | $14.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

Debtor 1    **Jeffrey Scott Cohen**                                                    Case number *(if known)*    **18-12127**

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

■ Yes. Give specific information..

| Social Security Disability | Unknown |
|---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes.  Describe each claim.........

| Personal Injury Accident on May 25, 2017 | Unknown |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.........................................................................................................

| $1,211.23 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

Official Form 106A/B                            Schedule A/B: Property                                                    page 5

Debtor 1    **Jeffrey Scott Cohen**                                                            Case number *(if known)*   **18-12127**

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................     |  **$0.00**  |

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** .................................................................................................................     **$0.00**

56.  **Part 2: Total vehicles, line 5**                                                        **$2,435.00**

57.  **Part 3: Total personal and household items, line 15**                                  **$6,850.00**

58.  **Part 4: Total financial assets, line 36**                                              **$1,211.23**

59.  **Part 5: Total business-related property, line 45**                                       **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                              **$0.00**

61.  **Part 7: Total other property not listed, line 54**                              +        **$0.00**

62.  **Total personal property.** Add lines 56 through 61...              **$10,496.23**       Copy personal property total       **$10,496.23**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                             |  **$10,496.23**  |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey Scott Cohen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **18-12127** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2006 Mercedes Benz CLK350 131000 miles**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005**<br>Line from *Schedule A/B*: **3.1** | $2,435.00 | ■    $2,435.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(f) |
| **Household Goods & Furnishings**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■    $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| **Household Electronics**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005**<br>Line from *Schedule A/B*: **7.1** | $1,800.00 | ■    $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| **Paintings**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005**<br>Line from *Schedule A/B*: **8.1** | $350.00 | ■    $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| **Ruger 1911 45ACP**<br>**Location: 268 Lakeshore Road #427, Boulder City NV 89005**<br>Line from *Schedule A/B*: **10.1** | $400.00 | ■    $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(i) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __Jeffrey Scott Cohen_____    Case number (if known)    __18-12127_____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Location: 268 Lakeshore Road #427, Boulder City NV 89005<br>Line from *Schedule A/B*: **11.1** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| **Watch, ring**<br>Location: 268 Lakeshore Road #427, Boulder City NV 89005<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| **Household Health Aids**<br>Location: 268 Lakeshore Road #427, Boulder City NV 89005<br>Line from *Schedule A/B*: **14.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| **Household Tools**<br>Location: 1303 Darlene Way #302C, Boulder City NV 89005<br>Line from *Schedule A/B*: **14.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| **Checking: Navy Federal Credit Union #1760**<br>Line from *Schedule A/B*: **17.1** | $1,120.76 | ■ $840.57<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **Checking: Navy Federal Credit Union #1760**<br>Line from *Schedule A/B*: **17.1** | $1,120.76 | ■ $280.19<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Savings: Navy Federal Credit Union #5698**<br>Line from *Schedule A/B*: **17.2** | $55.26 | ■ $41.45<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **Savings: Navy Federal Credit Union #5698**<br>Line from *Schedule A/B*: **17.2** | $55.26 | ■ $13.81<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Savings: Navy Federal #6722**<br>Line from *Schedule A/B*: **17.3** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Savings: Boulder Dam Credit Union #6003**<br>Line from *Schedule A/B*: **17.4** | $5.01 | ■ $5.01<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Savings: Boulder Dam Credit Union #1001**<br>Line from *Schedule A/B*: **17.5** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Checking: Boulder Dam Credit Union #1001**<br>Line from *Schedule A/B*: **17.6** | $6.20 | ■ $6.20<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jeffrey Scott Cohen | | Case number (if known) | 18-12127 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Federal: 2017 Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $14.00 | ■ $14.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **Social Security Disability**<br>Line from *Schedule A/B*: **30.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(y) |
| **Personal Injury Accident on May 25, 2017**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(u) |
| **Personal Injury Accident on May 25, 2017**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ Unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey Scott Cohen** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | **18-12127** | | |
| (if known) | | | |

■ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$9,246.79** | **$9,246.79** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Centralized Insolvency Operations** | When was the debt incurred? _____ | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt? Check one.** | ☐ Contingent | | | |
| | ☐ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ■ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Taxes(1040)** | | | |

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1  **Jeffrey Scott Cohen**                                        Case number (if know)   **18-12127**

| 4.1 | **Ad Astra Recovery** | Last 4 digits of account number   **5966** | $730.00 |

Nonpriority Creditor's Name
**7330 W 33rd Street N**
**Ste 118**
**Wichita, KS 67205**

When was the debt incurred?   **Opened 10/14**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Rapid Cash 17**

---

| 4.2 | **Ad Astra Recovery** | Last 4 digits of account number   **5266** | $242.00 |

Nonpriority Creditor's Name
**7330 W 33rd Street N**
**Ste 118**
**Wichita, KS 67205**

When was the debt incurred?   **Opened 11/14**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Rapid Cash 17**

---

| 4.3 | **Ad Astra Recovery** | Last 4 digits of account number   **5267** | $225.00 |

Nonpriority Creditor's Name
**7330 W 33rd Street N**
**Ste 118**
**Wichita, KS 67205**

When was the debt incurred?   **Opened 11/14**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Rapid Cash 17**

---

Debtor 1   Jeffrey Scott Cohen

Case number (if know)   18-12127

| 4.4 | Ad Astra Recovery | Last 4 digits of account number | 5974 | $177.00 |

**Ad Astra Recovery**
Nonpriority Creditor's Name
7330 W 33rd Street N
Ste 118
Wichita, KS 67205
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   5974                    $177.00

When was the debt incurred?   Opened 10/14

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Collection Attorney Rapid Cash 17

---

| 4.5 | Ad Astra Recovery | Last 4 digits of account number | 5973 | $147.00 |

**Ad Astra Recovery**
Nonpriority Creditor's Name
7330 W 33rd Street N
Ste 118
Wichita, KS 67205
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   5973                    $147.00

When was the debt incurred?   Opened 10/14

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Collection Attorney Rapid Cash 17

---

| 4.6 | Ad Astra Recovery | Last 4 digits of account number | 2604 | $141.00 |

**Ad Astra Recovery**
Nonpriority Creditor's Name
7330 W 33rd Street N
Ste 118
Wichita, KS 67205
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   2604                    $141.00

When was the debt incurred?   Opened 11/14

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Collection Attorney Rapid Cash 17

---

Debtor 1    **Jeffrey Scott Cohen**                                   Case number (if know)    **18-12127**

| | | |
|---|---|---|
| **4.7** | **Allied Collection Services** | |
| | Nonpriority Creditor's Name | |

Last 4 digits of account number    **4401**                                   $1,894.00

3080 South Durango Drive
Suite 208
Las Vegas, NV 89117

When was the debt incurred?    **Opened 11/18/15**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **05 Hard Rock Hotel Casino**

---

| | | |
|---|---|---|
| **4.8** | **AMCA/American Medical Collection Agency** | |
| | Nonpriority Creditor's Name | |

Last 4 digits of account number    **9910**                                   $500.00

**Attention: Bankruptcy**
4 Westchester Plaza, Suite 110
Elmsford, NY 10523

When was the debt incurred?    **Opened  2/05/17**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Laboratory Corp Of America**

---

| | | |
|---|---|---|
| **4.9** | **American Intitute of Trucking** | |
| | Nonpriority Creditor's Name | |

Last 4 digits of account number    _____                                   $752.00

4020 E. Lone Mountain Rd.
North Las Vegas, NV 89081

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Educational Debt**

---

Debtor 1  **Jeffrey Scott Cohen**                                    Case number (if know)   **18-12127**

---

| 4.1 0 | **Boulder City Hospital** | Last 4 digits of account number _____ | **$600.00** |

Nonpriority Creditor's Name
**C/O Quantum Collection**
**3223 Civic Center**
**North Las Vegas, NV 89036**

When was the debt incurred?  _____

Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Debt**

---

| 4.1 1 | **Boulder City Utilities** | Last 4 digits of account number  3724 | **$584.00** |

Nonpriority Creditor's Name
**401 California Ave**
**Boulder City, NV 89005**

When was the debt incurred?  _____

Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Utility Service**

---

| 4.1 2 | **Boulder Dam Credit Uni** | Last 4 digits of account number  00S1 | **Unknown** |

Nonpriority Creditor's Name

**Po Box 61530**
**Boulder City, NV 89006**

When was the debt incurred?  **Opened 06/16  Last Active 7/26/16**

Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Secured**

---

Debtor 1    **Jeffrey Scott Cohen**

Case number *(if know)*    **18-12127**

---

| 4.1 3 | **Boulder Dam Credit Uni** | Last 4 digits of account number | **00S1** | | **Unknown** |

Nonpriority Creditor's Name

**Po Box 61530**
**Boulder City, NV 89006**

When was the debt incurred?    **Opened 12/12  Last Active 3/13/14**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Secured**

---

| 4.1 4 | **Boulder Dam Credit Uni** | Last 4 digits of account number | **00S4** | | **Unknown** |

Nonpriority Creditor's Name

**Po Box 61530**
**Boulder City, NV 89006**

When was the debt incurred?    **Opened 05/13  Last Active 5/28/14**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Secured**

---

| 4.1 5 | **Capital One** | Last 4 digits of account number | **7373** | | **$626.00** |

Nonpriority Creditor's Name

**PO Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit Card**

---

Debtor 1  __Jeffrey Scott Cohen_____     Case number *(if know)*  __18-12127_____

| 4.16 | **Carmax Auto Finance** | Last 4 digits of account number | 8726 | Unknown |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**Po Box 440609**
**Kennesaw, GA 30160**
Number Street City State Zip Code

**When was the debt incurred?**    Opened 04/12  Last Active
8/07/13

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

| 4.17 | **Check & Go of Nevada** | Last 4 digits of account number | 9773 | $1,190.10 |

Nonpriority Creditor's Name
**1830 E. Charleston Blvd**
**Las Vegas, NV 89104**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Payday Loan**

---

| 4.18 | **Cigna Health Insurance** | Last 4 digits of account number | 2731 | Unknown |

Nonpriority Creditor's Name
**6671 S. Las Vegas Blvd**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disability Benefit Adjustment**

---

Debtor 1  **Jeffrey Scott Cohen**　　　　　　　　　　　　　　　Case number *(if know)*  **18-12127**

---

| 4.1 9 | **Credit One Bank Na** | **Last 4 digits of account number** | **8104** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 98873**
**Las Vegas, NV 89193**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**　**Opened 01/12  Last Active 6/10/16**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify　**Credit Card**

---

| 4.2 0 | **Dales Sinclair** | **Last 4 digits of account number** | | **$550.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1625 Nevada Hwy**
**Boulder City, NV 89005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify　**Unsecured**

---

| 4.2 1 | **Desert Radiology Solutions LLC** | **Last 4 digits of account number** | **RTD2** | **$5.29** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1645**
**Indianapolis, IN 46206**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify　**Medical Debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1  Jeffrey Scott Cohen          Case number (if know)  18-12127

| | | |
|---|---|---|
| **4.2 2** | **Diversified Consultants, Inc.** | Last 4 digits of account number  **7155**      **$1,788.00** |

Nonpriority Creditor's Name
**Diversified Consultants, Inc.**
**Po Box 551268**
**Jacksonville, FL 32255**
Number Street City State Zip Code

When was the debt incurred?  **Opened 09/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Attorney Sprint**

---

| | | |
|---|---|---|
| **4.2 3** | **Dr. Robert Riegel DDS** | Last 4 digits of account number  **3600**      **$411.90** |

Nonpriority Creditor's Name
**5642 S. Eastern Ave #B**
**Henderson, NV 89052**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Dental Bill**

---

| | | |
|---|---|---|
| **4.2 4** | **Evergreen Services** | Last 4 digits of account number  **0830**      **$880.00** |

Nonpriority Creditor's Name
**PO Box 834**
**Lac Du Flambeau, WI 54538**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Payday loan**

---

Debtor 1  **Jeffrey Scott Cohen**                                         Case number (if know)    **18-12127**

| 4.2 5 | **Family Doctors of Boulder City** | Last 4 digits of account number   **1783** | **$177.00** |

Nonpriority Creditor's Name
**895 Adams Blvd**
**Boulder City, NV 89005**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Medical Debt**

---

| 4.2 6 | **FedLoan Servicing** | Last 4 digits of account number   **0002** | **$4,371.00** |

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/15  Last Active 11/30/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

☐ Other. Specify                **Educational**

---

| 4.2 7 | **FedLoan Servicing** | Last 4 digits of account number   **0001** | **$2,450.00** |

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**Po Box 69184**
**Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?   **Opened 06/15  Last Active 11/30/17**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

☐ Other. Specify                **Educational**

---

Debtor 1  **Jeffrey Scott Cohen**                                                      Case number (if know)   **18-12127**

---

| 4.2 8 | **First Premier Bank** | Last 4 digits of account number  **6082** | **$547.00** |

Nonpriority Creditor's Name

**Po Box 5524**
**Sioux Falls, SD 57117**

When was the debt incurred?  **Opened 05/12  Last Active 2/27/15**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.2 9 | **First Premier Bank** | Last 4 digits of account number  **5896** | **$413.00** |

Nonpriority Creditor's Name

**Po Box 5524**
**Sioux Falls, SD 57117**

When was the debt incurred?  **Opened 06/13  Last Active 3/18/16**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.3 0 | **Henderson Hospital** | Last 4 digits of account number  **2166** | **$41.40** |

Nonpriority Creditor's Name

**1050 Galleria Dr.**
**Henderson, NV 89011**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

Debtor 1  **Jeffrey Scott Cohen**                                        Case number (if know)   **18-12127**

---

| 4.3 | **Home Air Conditioning** | Last 4 digits of account number _____ | **$3,614.46** |

Nonpriority Creditor's Name
**C/O Dana Bailey
3908 Vegas Dr.
Las Vegas, NV 89108**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Air Conditioning Service**

---

| 4.3 | **I C System** | Last 4 digits of account number  **1001** | **$1,787.00** |

Nonpriority Creditor's Name
**Po Box 64378
Saint Paul, MN 55164**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **Opened  8/29/15**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **11 Sprint**

---

| 4.3 | **I C System Inc** | Last 4 digits of account number  **0747** | **$625.00** |

Nonpriority Creditor's Name
**Po Box 64378
Saint Paul, MN 55164**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **Opened 08/17**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Cox Communications-Las Vegas**

---

Debtor 1  __Jeffrey Scott Cohen_____    Case number (if know)  __18-12127__

| 4.3 4 | **Jefferson Capital Systems, LLC** | Last 4 digits of account number  __6720_____ | | $547.17 |

Nonpriority Creditor's Name
**PO Box 7999**
**Saint Cloud, MN 56302**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.3 5 | **Laboratory Corp of America** | Last 4 digits of account number  __9910_____ | | $500.00 |

Nonpriority Creditor's Name
**P.O. Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

| 4.3 6 | **Laser Spine Institute** | Last 4 digits of account number  __6869_____ | | $366.34 |

Nonpriority Creditor's Name
**5332 Avion Park Dr.**
**Tampa, FL 33607**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

Debtor 1    **Jeffrey Scott Cohen**                                          Case number *(if know)*    **18-12127**

| | | |
|---|---|---|
| 4.3 7 | | |

**Midland Funding**                                          Last 4 digits of account number    **5851**                                    **$1,129.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**                                          When was the debt incurred?    **Opened 02/17**
**Po Box 939069**
**San Diego, CA 92193**
Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ☐ Disputed
■ At least one of the debtors and another                    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                     ☐ Student loans
debt                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                              report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify    **Factoring Company Account Credit One**
                                                             **Bank N.A.**

---

| | | |
|---|---|---|
| 4.3 8 | | |

**Monterey Col**                                            Last 4 digits of account number    **0113**                                    **$780.00**

Nonpriority Creditor's Name
**4095 Avenida De La Plata**                                 When was the debt incurred?    **Opened  5/12/16**
**Oceanside, CA 92056**
Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ☐ Disputed
■ At least one of the debtors and another                    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                     ☐ Student loans
debt                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                              report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify    **12 Aladdin Bail Bonds**

---

| | | |
|---|---|---|
| 4.3 9 | | |

**Nevada Critical Care Consultants**                         Last 4 digits of account number    **6950**                                    **$500.00**

Nonpriority Creditor's Name
**10120 S. Eastern Ave #120**                                When was the debt incurred?
**Henderson, NV 89052**
Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ☐ Disputed
■ At least one of the debtors and another                    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community                     ☐ Student loans
debt                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                              report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify    **Medical Debt**

---

Debtor 1   **Jeffrey Scott Cohen**                                                      Case number *(if know)*   **18-12127**

| 4.4 0 | **Platinum Hospitalists LLC** | Last 4 digits of account number | **4893** | | | **$8.10** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**10624 S Eastern Ave Ste A955**
**Henderson, NV 89052**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Medical Debt**

---

| 4.4 1 | **Portfolio Recovery** | Last 4 digits of account number | **7373** | | | **$437.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?  **Opened 04/17**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Factoring Company Account Hsbc Bank Nevada N.A.**

---

| 4.4 2 | **Quality Acceptance Llc** | Last 4 digits of account number | **9979** | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**14546 Hamlin St Fl 3**
**Van Nuys, CA 91411**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/12  Last Active 5/02/13**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Automobile**

---

Debtor 1  **Jeffrey Scott Cohen**                                           Case number (if know)  **18-12127**

---

| 4.4 3 | **Quest Diagnostics** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 740351**
**Cincinnati, OH 45274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **7445**                              **$15.00**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

| 4.4 4 | **SKO Brenner American** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 230**
**Farmingdale, NY 11735**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1685**                              **$79.90**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection**

---

| 4.4 5 | **St Rose Dominician Hospital** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 33349**
**Phoenix, AZ 85067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**                              **$9,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Debt**

---

Debtor 1  Jeffrey Scott Cohen                                      Case number (if know)    18-12127

---

| 4.4 6 | **Steinberg Diagnostic** | Last 4 digits of account number  7854 | $27.95 |

Nonpriority Creditor's Name
**P.O. Box 36900**
**Las Vegas, NV 89133**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical Debt**

---

| 4.4 7 | **Titan Receivables Inc** | Last 4 digits of account number  2038 | $333.00 |

Nonpriority Creditor's Name
**7700 Irvine Center Dr St**
**PO Box 61749**
**Irvine, CA 92618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  **Opened 08/15**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Attorney Two Jinn Inc**

---

| 4.4 8 | **Wells Fargo Dealer Services** | Last 4 digits of account number  6555 | Unknown |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 19657**
**Irvine, CA 92623**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  **Opened 03/11  Last Active 5/21/12**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Automobile**

---

Debtor 1  **Jeffrey Scott Cohen**

Case number (if know)  **18-12127**

| 4.4 9 | | |
|---|---|---|

**Western Fed Credit Uni**
Nonpriority Creditor's Name

**Po Box 10018**
**Manhattan Beach, CA 90267**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0350**                    **Unknown**

When was the debt incurred?   **Opened 04/14  Last Active 3/27/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **2005 Dodge SRT - Repo'd**

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name and Address<br>**Berlin Wheeler Inc.**<br>**2942 A SW Wanamaker Dr #200**<br>**Topeka, KS 66614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number      **2017** |
| Name and Address<br>**Boulder City Hospital**<br>**901 Adams Blvd.**<br>**Boulder City, NV 89005** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Boulder City Hospital**<br>**901 Adams Blvd**<br>**Boulder City, NV 89005** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Clark County Collection Service**<br>**8860 W. Sunset Road #100**<br>**Las Vegas, NV 89148-4899** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Credit One Bank**<br>**PO Box 60500**<br>**City of Industry, CA 91716** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Deliquent Recovery**<br>**4819 Imperior Blvd #400**<br>**Durham, NC 27703** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Evergreen professional Recoveries**<br>**12100 NE 195th Street #325**<br>**Bothell, WA 98011** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1  **Jeffrey Scott Cohen**                                    Case number (if know)  **18-12127**

| | |
|---|---|
| **Evergreen Professional Recoveries**<br>12100 NE 195th St., #180<br>Bothell, WA 98011 | Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Henderson Hospital**<br>3075 E. Imperial Hwy #200<br>Brea, CA 92821 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**HS Financial Group LLC**<br>PO Box 451193<br>Westlake, OH 44145 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Jefferson Capital Systems, LLC**<br>16 McLeland Road<br>Saint Cloud, MN 56303 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Laboratory Corp of America**<br>P.O. Box 2240<br>Burlington, NC 27216 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Laboratory Corporation**<br>P.O. Box 1235<br>Elmsford, NY 10523 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Laboratory Corporation of America**<br>POB 2240<br>Burlington, NC 27216 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Laser Spine Institute**<br>PO Box 650724<br>Dallas, TX 75267-0724 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Nevada Critical Care Consultants**<br>PO Box 98813<br>Las Vegas, NV 89193-8813 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**RMCB**<br>2269 S. Saw Mill River Rd.<br>Building 3<br>Elmsford, NY 10523 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**RMCB**<br>4 Westchester Plaza Suite 110<br>Elmsford, NY 10523 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**SKO Brenner American Inc**<br>40 Daniel Street<br>PO Box 230 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Jeffrey Scott Cohen**                                                   Case number (if know)   **18-12127**

Farmingdale, NY 11735-0230

| | |
|---|---|
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Rose Dominican**<br>**P.O. Box 79344**<br>**City Of Industry, CA 91716** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Rose Dominican**<br>**P.O. Box 182554**<br>**Columbus, OH 43218** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **St Rose Dominican Hosp ER**<br>**102 E Lake Mead Dr**<br>**Henderson, NV 89015** | Line **4.45** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steinberg Diagnostic**<br>**2767 N. Teneya Way**<br>**Las Vegas, NV 89128** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steinberg Diagnostic Med.**<br>**2950 S. Maryland Pkwy.**<br>**Las Vegas, NV 89109** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steinberg Diagnostic Med.**<br>**2300 S. Rancho Dr.**<br>**Las Vegas, NV 89102** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steinberg Diagnostic Med.**<br>**2300 S. Rancho Dr.**<br>**Las Vegas, NV 89102** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steinberg Diagnostic Med.**<br>**2300 S. Rancho Dr.**<br>**Las Vegas, NV 89102** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Steinberg Diagnostic Medical**<br>**Imaging**<br>**PO Box 36900**<br>**Las Vegas, NV 89133** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 9,246.79 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

Debtor 1  **Jeffrey Scott Cohen** _____  Case number (if know) **18-12127**

|  |  |  |  |
|---|---|---|---|
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 9,246.79 |
| 6f. | **Student loans** | 6f. | Total Claim<br>$ 6,821.00 |

**Total claims from Part 2**

|  |  |  |  |
|---|---|---|---|
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 32,371.61 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 39,192.61 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey Scott Cohen** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | **18-12127** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　☐ No
　　■ Yes.

In which community state or territory did you live?    **Nevada**    . Fill in the name and current address of that person.

**Cynthia Cohen**
**P.O. Box 61189**
**Boulder City, NV 89006**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* Your codebtor<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1　**Cynthia Marie Cohen**<br>　　　**268 Lakeshore Road #427**<br>　　　**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**Ad Astra Recovery** |
| 3.2　**Cynthia Marie Cohen**<br>　　　**268 Lakeshore Road #427**<br>　　　**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Ad Astra Recovery** |

Official Form 106H                         Schedule H: Your Codebtors                         Page 1 of 8

Debtor 1  **Jeffrey Scott Cohen**                                      Case number *(if known)*  **18-12127**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.3     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.3__
☐ Schedule G _____
**Ad Astra Recovery**

---

3.4     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Ad Astra Recovery**

---

3.5     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Ad Astra Recovery**

---

3.6     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Ad Astra Recovery**

---

3.7     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Allied Collection Services**

---

3.8     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**AMCA/American Medical Collection Agency**

---

3.9     **Cynthia Marie Cohen**
        **268 Lakeshore Road #427**
        **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**American Intitute of Trucking**

---

Debtor 1   **Jeffrey Scott Cohen**                                              Case number *(if known)*   **18-12127**

▋ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Boulder City Hospital** |
| 3.11 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Boulder City Utilities** |
| 3.12 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Boulder Dam Credit Uni** |
| 3.13 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Boulder Dam Credit Uni** |
| 3.14 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Boulder Dam Credit Uni** |
| 3.15 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Capital One** |
| 3.16 | **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Carmax Auto Finance** |

Debtor 1   **Jeffrey Scott Cohen**                                          Case number *(if known)*   **18-12127**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.17   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.17**__
☐ Schedule G _____
**Check & Go of Nevada**

3.18   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.18**__
☐ Schedule G _____
**Cigna Health Insurance**

3.19   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.19**__
☐ Schedule G _____
**Credit One Bank Na**

3.20   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.20**__
☐ Schedule G _____
**Dales Sinclair**

3.21   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.21**__
☐ Schedule G _____
**Desert Radiology Solutions LLC**

3.22   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.22**__
☐ Schedule G _____
**Diversified Consultants, Inc.**

3.23   **Cynthia Marie Cohen**
     **268 Lakeshore Road #427**
     **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.23**__
☐ Schedule G _____
**Dr. Robert Riegel DDS**

Debtor 1   **Jeffrey Scott Cohen** _____    Case number *(if known)*   **18-12127** _____

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.24   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**Evergreen Services**

3.25   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.25__
☐ Schedule G _____
**Family Doctors of Boulder City**

3.26   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.26__
☐ Schedule G _____
**FedLoan Servicing**

3.27   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**FedLoan Servicing**

3.28   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.28__
☐ Schedule G _____
**First Premier Bank**

3.29   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**First Premier Bank**

3.30   **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.30__
☐ Schedule G _____
**Henderson Hospital**

Debtor 1   **Jeffrey Scott Cohen**                                          Case number *(if known)*   **18-12127**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.31   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**Home Air Conditioning**

3.32   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**I C System**

3.33   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.33__
☐ Schedule G _____
**I C System Inc**

3.34   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**Internal Revenue Service**

3.35   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Jefferson Capital Systems, LLC**

3.36   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.35__
☐ Schedule G _____
**Laboratory Corp of America**

3.37   **Cynthia Marie Cohen**
       **268 Lakeshore Road #427**
       **Boulder City, NV 89005**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Laser Spine Institute**

Debtor 1    **Jeffrey Scott Cohen** _____    Case number _(if known)_    **18-12127** _____

| ▮ | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**    Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.38    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.37__
☐ Schedule G _____
**Midland Funding**

3.39    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.38__
☐ Schedule G _____
**Monterey Col**

3.40    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.39__
☐ Schedule G _____
**Nevada Critical Care Consultants**

3.41    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

▮ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Nevada West Financial/**

3.42    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.40__
☐ Schedule G _____
**Platinum Hospitalists LLC**

3.43    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.41__
☐ Schedule G _____
**Portfolio Recovery**

3.44    **Cynthia Marie Cohen**
**268 Lakeshore Road #427**
**Boulder City, NV 89005**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.42__
☐ Schedule G _____
**Quality Acceptance Llc**

Debtor 1  **Jeffrey Scott Cohen**                                          Case number *(if known)*  **18-12127**

▆▆▆▆  **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.45  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Quest Diagnostics** |
| 3.46  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**SKO Brenner American** |
| 3.47  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**St Rose Domimician Hospital** |
| 3.48  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Steinberg Diagnostic** |
| 3.49  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Titan Receivables Inc** |
| 3.50  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Wells Fargo Dealer Services** |
| 3.51  **Cynthia Marie Cohen**<br>**268 Lakeshore Road #427**<br>**Boulder City, NV 89005** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Western Fed Credit Uni** |