ROGER P. CROTEAU, ESQ
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteau@croteaulaw.com
Attorneys for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Jeffrey Scott Cohen<br><br>Debtor(s). | Bankruptcy Case No.: 18-12127-ABL<br>Chapter 7 |

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes),

- [ ] Voluntary Petition (Specify reason for amendment):
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities
- [x] Schedule A/B – Real/Personal Property
- [x] Schedule C – Property Claimed as Exempt
- [ ] Schedule D, E, F and/or Matrix, and/or List of Creditor or Equity Holders
    - [x] Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required
    - [ ] Add/change address of already listed creditor – No Fee
- [ ] Schedule G – Executory Contracts and Unexpired Leases
- [x] Schedule H – Co-Debtors
- [ ] Schedule I – Current Income of Individual Debtor(s)
- [ ] Schedule J – Current Expenditures of Individual Debtor(s)
- [ ] Declaration Concerning Debtor's Schedules
- [x] Statement of Financial Affairs and/or Declaration
- [x] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Disclosure of Compensation of Attorney for Debtor(s)
- [ ] Statement of Current Monthly Income and Means Test Calculation
- [ ] Certification of Credit Counseling
- [ ] Other:

**Declaration of the Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 5-16-2018           _____           _____
                                                   Debtor                                                   Joint Debtor

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey** | **Scott** | **Cohen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | 18-12127 | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Nevada West Financial/**<br><br>Description of property securing debt: **2006 Mercedes Benz CLK350 131000 miles Location: 268 Lakeshore Road #427, Boulder City NV 89005** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jeffrey Scott Cohen | Case number (if known) | 18-12127 |
|---|---|---|---|

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Jeffrey Scott Cohen  
**Jeffrey Scott Cohen**  
Signature of Debtor 1

X  
Signature of Debtor 2

Date  **May 16, 2018**

Date